UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONNIE BEE CISLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-02979-JPH-DML |
| ) | |
| DUSHAN ZATECKY, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Denying Motion to Reconsider and Directing Further Proceedings**

On September 9, 2020, the plaintiff filed a document entitled "Motion To Reconsider" wherein he states that he is taking strong mental health medications, is confused, and can no longer litigate this action by himself. Dkt. 72. The Court interprets this as a motion to reconsider its earlier denials of the plaintiff's motions to appoint counsel.

The plaintiff has not identified sufficient changes in his circumstances to convince the Court that he is not competent to litigate this case on his own given the factual and legal difficulty of this case. *See Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014). The plaintiff should be well aware of the facts surrounding his claims of excessive force, retaliation, and denial of access to the courts. Additionally, he has repeatedly demonstrated that he is able to effectively communicate with the Court. The allegations in the plaintiff's motion to reconsider repeat his earlier assertions that he suffers from mental health issues and does not have legal experience. The Court addressed these concerns in its earlier order denying his second motion to appoint counsel. *See* dkt. 39. Therefore, the plaintiff's motion to reconsider, dkt. [72], is **denied**.

The Court will, however, *sua sponte*, extend the plaintiff's deadline for responding to the defendant's motion for summary judgment. The defendants shall have **through September 25,**

**2020,** to send the plaintiff a copy of their amended motion for summary judgment, dkt. 65, and brief in support thereof, dkt. 66. The plaintiff shall have **through October 30, 2020,** to respond to the amended motion for summary judgment.

**SO ORDERED.**

Date: 9/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

RONNIE BEE CISLO
Laporte County Jail
809 State St, Ste201A
Laporte, IN 46350

J. Derek Atwood
INDIANA ATTORNEY GENERAL
derek.atwood@atg.in.gov

Jordan Michael Stover
INDIANA ATTORNEY GENERAL
jordan.stover@atg.in.gov